USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY ISON,

                              Plaintiff,

    -against-

PA KACHAPILLY, et al,

                             Defendants.

No. 23-CV-3402 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge

        Plaintiff Jerry Ison, proceeding *pro se*, commenced this action on April 21, 2023. (ECF No. 1.) On March 31, 2025, this Court granted Defendants' motion to dismiss in its entirety without prejudice to Plaintiff filing a Second Amended Complaint no later than May 12, 2025. (ECF No. 53.) The Court further advised that Plaintiff's failure to timely file an amended pleading would result in his claims being dismissed with prejudice. (*Id*.) On April 29, 2025, Plaintiff sought an extension until May 26, 2025, to file his Second Amended Complaint. (ECF No. 54.) The Court granted Plaintiff's application to the extent of extending his time, once again, until June 23, 2025, to file his amended pleading. (ECF No. 55.) Despite the Court's clear directives, on July 1, 2025, Plaintiff filed an Opposition to the motion to dismiss, which was previously resolved, and failed to file an amended pleading. (ECF No. 56.)

        On October 7, 2025, Defendants moved to dismiss Plaintiff's claims with prejudice for failure to prosecute and comply with the Court's previous orders. (ECF No. 58.) The Court nevertheless granted Plaintiff a final extension until November 17, 2025, to file his amended pleading. (ECF No. 59.) As of date, Plaintiff has failed to file an amended pleading. On November 20, 2025, Defendants renewed their motion to dismiss Plaintiff's claims with prejudice

1

for failure to prosecute. (ECF No. 61.) As Plaintiff has not filed an amended pleading, the instant action is hereby dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is respectfully directed to close the case. The Clerk of Court is also directed to mail a copy of this Order to *pro se* Plaintiff at his address listed on ECF and to show service on the docket.

Dated:   November 21, 2025             SO ORDERED:
        White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge