**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JERRY ISON,

                    Plaintiff,

          -against-                                                23 **CIVIL** 3402 (NSR)

                                                                  **JUDGMENT**

PA KACHAPILLY, et al,

                    Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Order dated November 21, 2025, as Plaintiff has not filed an

amended pleading, the instant action is hereby dismissed for failure to prosecute pursuant to

Federal Rule of Civil Procedure 41(b); accordingly, the case is closed.

**Dated:** New York, New York

          November 25, 2025

                                                   **TAMMI M. HELLWIG**
                                        _____
                                                   **Clerk of Court**

                              **BY:** _____
                                                   **Deputy Clerk**